# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I. DEAN FULTON, | CIVIL ACTION |
| v. | |
| SUPT. SCI FRACKVILLE, *et al.* | NO. 19-2295 |

## **O R D E R**

AND NOW, this 5th day of December, 2019, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Answer, Petitioner's Traverse, the other documents filed by the parties, and the Petitioner's Objection to the Report and Recommendation thereto, and after review of the Report and Recommendation of the United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;
2. The Petition for a Writ of Habeas Corpus is **DENIED**, without an evidentiary hearing; and
3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED.**

**IT IS SO ORDERED.**

**BY THE COURT:**

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.